Argued November 27, affirmed December 3, 1973

STATE OF OREGON, *Respondent, v.* TIMOTHY DEAN CHASE (No. 72-4694), *Appellant.*

515 P2d 1336

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. Franke,* 13 Or App 278, 508 P2d 454, Sup Ct *review denied* (1973).